RECEIVED
IN MONROE, LA

DEC 07 2006
mry
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| YOLANDA WHITE, EX REL. | CIVIL ACTION NO. 06-0863 |
| VERSUS | JUDGE ROBERT G. JAMES |
| V. FAEZA JONES, M.D., ET AL. | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 26], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States' Motion to Substitute and to Dismiss [Doc. No. 12] is GRANTED, and the United States is substituted as defendant in place of Outpatient Medical Center, Inc. and Dr. Donald Perry, and Plaintiff's claims against the United States are DISMISSED WITHOUT PREJUDICE for failing to exhaust her administrative remedies.

It appears that this case is appropriate for consolidation with *White v. Perry* (06-1445). If any party objects to the consolidation of the two cases, they shall file specific, written objections by December 22, 2006. If no objections are timely filed, then the cases will be consolidated by a separate order and a scheduling order will be issued by the Court in due course. If any objections are timely filed, the matter will be referred to the Magistrate Judge for a status conference to resolve the consolidation issues.

MONROE, LOUISIANA, this 7 day of December, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE